# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION – ECF PROGRAM

| | |
|---|---|
| CALPHALON CORPORATION,<br>    Plaintiff,<br><br>vs.<br><br>MEYER CORPORATION, U.S.,<br>    Defendant.<br><br>MEYER CORPORATION, U.S.,<br>    Counterclaimant,<br><br>vs.<br><br>CALPHALON CORPORATION,<br>    Counterdefendant. | Case No.: 2:05-CV-00971-WBS-DAD<br><br>Assigned to the Honorable William B. Shubb<br><br>**ORDER** |

This Court, having considered MEYER CORPORATION, U.S.'S MOTION FOR ENLARGEMENT OF TIME TO SUBSTANTIVELY RESPOND TO SECTIONS 3.9 AND 4.2 OF THE JOINT STATUS REPORT, finds that good cause exists for an enlargement of time until August 5, 2005 for Meyer to substantively respond to two sections of the Joint Status Report. Meyer's motion is hereby GRANTED.

Dated: August 1, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dykema Gossett
150 S. Los Robles Avenue, Suite 400
Pasadena, California 91101

# PROOF OF SERVICE

I am a citizen of the United States of America and am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 150 South Los Robles Avenue, Suite 400, Pasadena, California 91101

On August 1, 2005, I served the foregoing document described as [PROPOSED] ORDER on all interested parties in this action as follows:

See Attached List.

☒ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☐ **(BY OVERNIGHT)** Via Federal Express.

☐ **(BY FACSIMILE)** By transmitting in true copy thereof by facsimile from facsimile number (626) 449-5705 to the facsimile number(s) shown above.

☐ (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

☒ (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 1, 2005, at Pasadena, California

                                              /s/  K. Lynn Finateri
                                              K. Lynn Finateri, Esq.

**Dykema Gossett**
150 S. Los Robles Avenue, Suite 400
Pasadena, California 91101

**CALPHALON CORPORATION v. MEYER CORPORATION, U.S.**
**USDC Case No.** 2:05-CV-00971-WBS-DAD

| | |
|---|---|
| Gregory A. Long, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>333 South Hope Street<br>Forty-Eighth Floor<br>Los Angeles, CA 90071<br>(213) 617-5443<br>Fax: (213) 620-1398 | Attorneys for Plaintiff Calphalon Corporation |
| Janene P. Bassett, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>1901 Avenue of the Stars, 16th Floor<br>Los Angeles, California 90067<br>(310) 228-3700<br>Fax: (310) 228-3701 | Attorneys for Plaintiff Calphalon Corporation |
| Dean A. Dickie, Esq.<br>Kristen E. Hudson, Esq.<br>DYKEMA GOSSETT PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, Illinois 60606<br>(312) 876-1700<br>Fax: (312) 876-1155 | Attorneys for Defendant Meyer Corporation<br>(admitted pro hac vice) |

PAS01\21963.1
ID\KLFS