IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALPHALON CORPORATION, | NO. CIV.S-05-0971 WBS DAD |
| Plaintiff, | |
| v. | ORDER |
| MEYER CORPORATION U.S., | |
| Defendant. | |
| _____/ | |

This matter came before the court on March 3, 2006, for hearing on plaintiff's motion to compel answers to interrogatories. Jade Zike appeared on behalf of plaintiff. Dean Dickie appeared on behalf of defendant.

Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

    1.  Plaintiff's motion to compel is granted in part;

/////

2. Defendant shall provide plaintiff with supplemental answers to interrogatories 7 and 8, identifying in summary fashion the witnesses, reports and deposition testimony upon which defendant relies in support of its counterclaims that the design patent at issue is invalid, unenforceable and/or functional;

3. Defendant's supplemental answers shall be written under oath and served on or before April 21, 2006;

4. In the event any further discovery dispute arises with respect to defendant's supplemental answers, the parties shall contact Pete Buzo, the courtroom deputy of the undersigned, at (916) 930-4128, to arrange for that dispute to be heard on shortened time on April 28, 2006;

5. The dates herein are set without prejudice to the parties seeking modification of those dates in the event this matter is re-scheduled by the assigned district judge; and

6. The requests for sanctions are denied.

DATED: March 3, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\calphalon.oah.030306