IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALPHALON CORPORATION, | NO.  CIV.S-05-0971 WBS DAD |
|     Plaintiff, | |
|  v. | ORDER |
| MEYER CORPORATION U.S., | |
|     Defendant. | |
| _____/ | |

       On the evening of March 6, 2006, defendant filed with the court an "ex parte application for an order compelling depositions" of three of plaintiff's employees.  That application seeks an order, without hearing, compelling those three witnesses to appear for deposition on March 9, 2006, at 10:00 a.m. (i.e., in less than two days) and on March 10, 2006, pursuant to deposition notices served on March 1, 2006.  In the alternative, defendant seeks an order requiring the witnesses to appear for deposition within the next fourteen (14) days.

/////

1   The latter request cannot be granted by the undersigned
2 because, under the amended scheduling order in this action, the last
3 day for all non-expert discovery to be completed in this case is
4 March 10, 2006.  With respect to defendant's first request, the Local
5 Rules certainly allow a party to make an ex parte application for an
6 order shortening time.  See L.R. 6-144(e).  They do not, however,
7 provide for the hearing of discovery motions on an ex parte basis.
8 See L.R. 37-251.[1]  Nor has defendant shown good cause for this court
9 to order the last minute depositions of witnesses without providing
10 plaintiff an opportunity to be heard.  See Fed. R. Civ. P. 6(d).
11   Accordingly, IT IS HEREBY ORDERED that defendant's ex parte
12 application is denied.  Of course, this order is without prejudice to
13 any party, or the parties jointly, seeking an extension of the non-
14 expert discovery cut-off date in this action.
15 DATED: March 8, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\calphalon.ost.deny

---

[1]  The Local Rules authorize ex parte applications for an order shortening time but also requires that any proposed order include blanks for the Court to designate the time and date of the hearing and for the filing of any response to the motion.  See L.R. 6-144(e). Thus, the Local Rules contemplate a hearing on the underlying motion if the ex parte application for order shortening time is granted. Here, defendant has applied ex parte for an immediate order compelling the appearance of witnesses for deposition later this week.

2