1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION – ECF PROGRAM**

| | |
|---|---|
| CALPHALON CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>MEYER CORPORATION, U.S.,<br><br>Defendant. | Case No.: 2:05-CV-00971-WBS-DAD<br><br>Assigned to the Honorable William B. Shubb<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF MOTION TO EXTEND NON-EXPERT DISCOVERY** |
| MEYER CORPORATION, U.S. and MEYER INTELLECTUAL PROPERTIES LIMITED,<br><br>Counterclaimants,<br><br>vs.<br><br>CALPHALON CORPORATION,<br><br>Counterdefendant. | |

WHEREAS, Defendant/Counterclaimant Meyer Corporation, U.S. ("Meyer US") submitted its Ex parte Application seeking an Order Shortening Time for Notice its Motion to Extend Non-Expert Discovery;

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING
TIME FOR NOTICE OF MOTION TO EXTEND NON-EXPERT DISCOVERY**
CASE NO. 2:05-CV-00971-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the Court having considered such Ex Parte Application and all papers and arguments submitted in support thereof and in opposition thereto, and good causing appearing;

THEREFORE, IT IS HEREBY ORDERED that such Ex Parte Application is GRANTED and the following filing, briefing and hearing schedule is set for Meyer's Motion To Extend Non-Expert Discovery:

1. Meyer shall file their Motion to Extend Non-Expert Discovery, in the form as indicated in Exhibit 1 to Meyer's ex parte application, and associated [Proposed] Order by the end of the next business day following the granting of this application.

2. Opposition brief, if any, to be filed and served by: <u>March 21, 2006, by 2:00 p.m.</u>

3. Reply brief, if any, to be filed and served by: <u>None Permitted.</u>

4. Hearing Date: <u>March 22, 2006, at 1:30 p.m.</u>  The parties are directed to appear by telephone. To arrange telephonic appearance, parties shall contact Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128.

Dated:   March 14, 2006

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/calphalon0917.exparteost

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am a citizen of the United States of America and am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California  90071.

On March 10, 2006, I served the foregoing document described as **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR NOTICE OF MOTION TO EXTEND NON-EXPERT DISCOVERY** on all interested parties in this action as follows:

See Attached List.

☐    (**BY MAIL**) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☒    (**BY E-FILING**) Via the court required e-filing service

☐    (**BY PERSONAL SERVICE**) I delivered such envelope by hand to the offices of the addressee.

☐    (**BY OVERNIGHT**) Via Federal Express.

☐    (**BY FACSIMILE**) By transmitting in true copy thereof by facsimile from facsimile number (213) 457-1850 to the facsimile number(s) shown above.

☐    (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

☒    (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 10, 2006, at Los Angeles, California

K. Lynn Finateri

PDF created with pdfFactory trial version www.pdffactory.com

**CALPHALON CORPORATION v. MEYER CORPORATION, U.S.**
**USDC Case No.** 2:05-CV-00971-WBS-DAD

| | |
|---|---|
| Gregory A. Long, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>333 South Hope Street<br>Forty-Eighth Floor<br>Los Angeles, CA 90071<br>(213) 617-5443<br>Fax: (213) 620-1398 | Attorneys for Plaintiff Calphalon Corporation |
| Janene P. Bassett, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>1901 Avenue of the Stars, 16th Floor<br>Los Angeles, California 90067<br>(310) 228-3700<br>Fax: (310) 228-3701 | Attorneys for Plaintiff Calphalon Corporation |
| Dean A. Dickie, Esq.<br>DYKEMA GOSSETT PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, Illinois  60606<br>(312) 627-2149<br>Fax: (866) 546-9546 | Attorneys for Defendants Meyer Corporation and Meyer Intellectual Properties Limited (admitted pro hac vice) |

PAS01\30513.1
ID\KLFS

PDF created with pdfFactory trial version www.pdffactory.com