UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALPHALON CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEYER CORPORATION, U.S.,<br><br>　　　　　Defendant. | Case No. 2:05-CV-00971-WBS-DAD<br><br>**ORDER GRANTING PLAINTIFF/ COUNTERDEFENDANT CALPHALON CORPORATION'S MOTION TO ELECTRONICALLY FILE THE CONFIDENTIAL DECLARATION OF JANENE P. BASSETT AND EXHIBITS THERETO UNDER SEAL**<br><br>[(1) Motion to File Under Seal; (2) Opposition to Motion to Reopen Fact Discovery; (3) Non-Confidential Declarations of Laurel Hurd, Eric Bartsch, Paul Angelo LoGiudice, Kristie Juster, Janene P. Bassett, and Jade L. Zike Lodged Concurrently Herewith] |
| MEYER CORPORATION, U.S. and MEYER INTELLECTUAL PROPERTIES LIMITED,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>CALPHALON CORPORATION,<br><br>　　　　　Counterdefendant. | [Confidential Declaration of Janene P. Bassett Lodged Separately]<br><br>Hearing<br>Date:　March 22, 2006<br>Time:　1:30 p.m.<br>Ctrm.:　27, 8th Floor, Hon. Dale A. Drozd<br>　　　　(Telephonic) |

-1-
W02-LA:1JLZ1\70934565.1
PROPOSED ORDER GRANTING MOTION TO FILE CONFIDENTIAL BASSETT DECLARATION AND EXHIBITS UNDER SEAL

PDF created with pdfFactory trial version www.pdffactory.com

1  On March 21, 2006, Pursuant to LOCAL RULE 39-141, Plaintiff/Counterdefendant Calphalon Corporation ("**Calphalon**") sought to file the CONFIDENTIAL DECLARATION OF JANENE. P. BASSETT filed in support of Calphalon's OPPOSITION TO MEYER CORPORATION, U.S.'S MOTION TO EXTEND NON-EXPERT DISCOVERY, and **EXHIBITS D-G** thereto under seal to protect the confidentiality of documents pursuant to the STIPULATED PROTECTIVE ORDER signed by this Court on November 14, 2005.

Good cause having been shown, IT IS HEREBY ORDERED that the CONFIDENTIAL DECLARATION OF JANENE. P. BASSETT filed in support of Calphalon's OPPOSITION TO MEYER CORPORATION, U.S.'S MOTION TO EXTEND NON-EXPERT DISCOVERY, and **EXHIBITS D-G** thereto be maintained under seal by the Court on the basis that exhibits attached to the declaration contain or describe information that has been designated by Calphalon as "Highly Confidential-Attorneys' Eyes Only" pursuant to the STIPULATED PROTECTIVE ORDER thereon.

IT IS SO ORDERED.

Dated:   March 21, 2006

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE


Ddad1/orders.civil/calphalon0971.unseal


Presented by:

-1-
W02-LA:1JLZ1\70934565.1                    PROPOSED ORDER GRANTING MOTION TO FILE
                                           CONFIDENTIAL BASSETT DECLARATION AND
                                           EXHIBITS UNDER SEAL

PDF created with pdfFactory trial version www.pdffactory.com

1  SHEPPARD MULLIN RICHTER & HAMPTON LLP

2

3  By      /s/ Janene P. Bassett
                JANENE P. BASSETT
4

5  Attorneys for Plaintiff/Counterdefendant
   CALPHALON CORPORATION

-2-

W02-LA:1JLZ1\70934565.1

PROPOSED ORDER GRANTING MOTION TO FILE
CONFIDENTIAL BASSETT DECLARATION AND
EXHIBITS UNDER SEAL

PDF created with pdfFactory trial version www.pdffactory.com