UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MEYER CORPORATION, U.S. and
MEYER INTELLECTUAL PROPERTIES
LIMITED,

        Plaintiffs,

   v.

CALPHALON CORPORATION,

        Defendant.
_____/

NO. CIV. S-06-0615 MCE-KJM

CALPHALON CORPORATION,

        Plaintiff,

   v.

MEYER CORPORATION, U.S.,

        Defendant.
_____/

NO. CIV. S-05-0971 WBS-DAD

----oo0oo----

        Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997). Both cases involve the same parties and are based on similar claims. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for

the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the action denominated Civ. S-06-0615 should be, and the same hereby is, reassigned to the Honorable WILLIAM B. SHUBB for all further proceedings. Henceforth the captions on all documents filed in the reassigned case shall be shown as Civ. S-06-0615 WBS-KJM, and any dates currently set in the reassigned case only are hereby VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 7, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE