1  JANENE P. BASSETT, Cal. Bar No. 197722
   SHEPPARD MULLIN RICHTER & HAMPTON LLP
2  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California  90067-6017
3  Telephone: 310-228-3700
   Facsimile: 310-228-3701
4  E-mail: jbassett@sheppardmullin.com
   (Designated Counsel for Service)
5
   Attorneys for Plaintiff/Counterdefendant
6  CALPHALON CORPORATION

7  K. LYNN FINATERI, Cal. Bar No. 196488
   DYKEMA GOSSETT LLP
8  150 South Los Robles Avenue, Suite 400
   Pasadena, California  91101
9  Telephone:    (626) 449-3750
   Facsimile:    (626) 449-5705
10 E-mail: LFinateri@dykema.com

11 Attorneys for Defendant/Counterclaimant MEYER
   CORPORATION, U.S. and Cross-Claimant MEYER
12 INTELLECTUAL PROPERTIES LIMITED

13 [*Additional Counsel Listed on Last Page*]

14                    UNITED STATES DISTRICT COURT

15        EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

16 CALPHALON CORPORATION,                Case No. 2:05-CV-00971-WBS-DAD

17               Plaintiff,

18         v.                            **STIPULATION AND ORDER TO AMEND
                                         THE STATUS (PRETRIAL
19 MEYER CORPORATION, U.S.,              SCHEDULING) ORDER TO EXTEND
                                         THE EXPERT DISCOVERY CUTOFF
20               Defendant.              DATE BY TWO COURT DAYS**

21
   MEYER CORPORATION, U.S. and MEYER
22 INTELLECTUAL PROPERTIES LIMITED,

23               Counterclaimants,

24         v.

25 CALPHALON CORPORATION,

26               Counterdefendant.

27

28

W02-LA:LJS\70945912.1                         STIP. AND [PROPOSED] ORDER TO AMEND THE
                                              STATUS (PRETRIAL SCHEDULING) ORDER

**STIPULATION**

WHEREAS on February 23, 2006, this Court amended the STATUS (PRETRIAL SCHEDULING) ORDER (Docket no. 31), to set the expert discovery cutoff date as May 5, 2006 (*see* Docket no. 47);

WHEREAS the parties are in the process of scheduling and taking nine expert depositions and need an additional two (2) court days in which to complete the depositions;

WHEREAS an extension of the expert discovery cutoff date by two court days would not impact the current motion filing cutoff date of May 26, 2006 or this Court's currently scheduled final pretrial conference date of July 17, 2006 and trial date of September 12, 2006.

IT IS HEREBY STIPULATED by the parties, through their respective counsel, this Honorable Court consenting, that the STATUS (PRETRIAL SCHEDULING) ORDER, as amended on February 23, 2006, be modified to extend expert discovery cutoff date by two (2) court days, such that the new expert discovery cutoff date is May 9, 2006.  Good cause exists for this short proposed extension to allow the parties to complete expert depositions, without impacting this Court's scheduled motion, pretrial conference, and trial dates.

IT IS SO STIPULATED.

Dated:  May 1, 2006              SHEPPARD MULLIN RICHTER & HAMPTON LLP


By _____
                              /s/ Janene P. Bassett
                              JANENE P. BASSETT
                              Attorneys for Plaintiff/Counterdefendant
                              CALPHALON CORPORATION

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  | Dated:  May 1, 2006                    DYKEMA GOSSETT PLLC

2

3  |                                By  _____
                                                 /s/ Dean A. Dickie

4  |                                            DEAN A. DICKIE
                                    Attorneys for Defendant/Counterclaimant

5  |                                    MEYER CORPORATION, U.S. and
                                    Cross-Claimant MEYER INTELLECTUAL

6  |                                        PROPERTIES LIMITED

7  |                                        **<u>ORDER</u>**

8

9  |        IT IS SO ORDERED.

10

11 | Dated:   May 1, 2006

12 |

13 |                                    _____
                                    DALE A. DROZD

14 |                                    UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19 | Ddad1/orders.civil/calphalon0971.stipord.disc

20

21 |                                    _____

22

23

24

25

26

27

28

W02-LA:LJS\70945912.1

STIP. AND [PROPOSED] ORDER TO AMEND THE
STATUS (PRETRIAL SCHEDULING) ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1 | *Additional Counsel*:

2 | GREGORY A. LONG, Cal. Bar No. 57642
SHEPPARD MULLIN RICHTER & HAMPTON LLP

3 | 333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448

4 | Telephone:      213-620-1780
Facsimile:      213-620-1398

5 | E-mail:  glong@sheppardmullin.com

6 | Attorneys for Plaintiff/Counterdefendant
CALPHALON CORPORATION

7 |

8 | DEAN A. DICKIE (*pro hac vice*)
NAHRIN S. MARINO
DYKEMA GOSSETT PLLC

9 | 10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606

10 | Telephone:      (312) 876-1700
Facsimile:      (312) 876-1155

11 | E-mail:  ddickie@dykema.com
E-mail:  nmarino@dykema.com

12 | Attorneys for Defendant/Counterclaimant
MEYER CORPORATION, U.S. and

13 | Cross-Claimant MEYER INTELLECTUAL PROPERTIES LIMITED

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

W02-LA:LJS\70945912.1

STIP. AND [PROPOSED] ORDER TO AMEND THE
STATUS (PRETRIAL SCHEDULING) ORDER

PDF created with pdfFactory trial version www.pdffactory.com