IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALPHALON CORPORATION,                    NO.  CIV.S-05-0971 WBS DAD

    Plaintiff,

  v.                                              ORDER

MEYER CORPORATION U.S.,

    Defendant.

_____/

        This matter came before the court on June 30, 2006, for hearing on defendant's motion to modify protective order. Janene Bassett appeared on behalf of plaintiff. Naomi Carry appeared on behalf of defendant.

        Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the

/////

/////

/////

/////

1

reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that defendant's motion to modify protective order is denied.

DATED: July 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddad1\orders.civil\calphalon.oah.063006