**DYKEMA GOSSETT LLP**
K. LYNN FINATERI, SBN: 196488
DEAN A. DICKIE, admitted pro hac vice
ALLAN J. STERNSTEIN, admitted pro hac vice
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:   (213) 457-1800
Facsimile:   (213) 457-1850
lfinateri@dykema.com

Attorneys for Defendant/Counterclaimants
MEYER CORPORATION, U.S. and
MEYER INTELLECTUAL PROPERTIES LIMITED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION – ECF PROGRAM

| | |
|---|---|
| CALPHALON CORPORATION,<br><br>　　　Plaintiff,<br><br>vs.<br><br>MEYER CORPORATION, U.S.,<br><br>　　　Defendant.<br><br>MEYER CORPORATION, U.S. and MEYER INTELLECTUAL PROPERTIES LIMITED,<br><br>　　　Counterclaimants,<br><br>vs.<br><br>CALPHALON CORPORATION,<br><br>　　　Counterdefendant. | Case No.: 2:05-CV-00971-WBS-DAD<br><br>Assigned to the Honorable William B. Shubb<br><br>**ORDER GRANTING DEFENDANT/COUNTERCLAIMANTS' MOTION FOR LEAVE TO FILE *INSTANTER* THEIR MOTION *IN LIMINE* TO BAR CALPHALON'S REQUEST FOR PREJUDGMENT INTEREST UNDER 35 U.S.C. § 289 AND JULIE DAVIS' TESTIMONY REGARDING SAME**<br><br><u>Trial</u><br><br>Date:  September 12, 2006<br>Time:  9:00 a.m.<br>Ctrm:  5, Hon. William B. Shubb |

On August 30, 2006, Defendant/Counterclaimants Meyer Corporation, U.S. and Meyer Intellectual Properties Limited ("Meyer") requested leave to file *instanter* their Motion *In Limine*

PDF created with pdfFactory trial version www.pdffactory.com

To Bar Calphalon's Request For Prejudgment Interest Under 35 U.S.C. § 289 And Julie Davis' Testimony Regarding Same.

Good cause having been shown, IT IS HEREBY ORDERED that:

Meyer's request to file *instanter* their Motion In Limine To Bar Calphalon's Request For Prejudgment Interest Under 35 U.S.C. § 289 And Julie Davis' Testimony Regarding Same is granted.

IT IS SO ORDERED.

SIGNED this 31st day of August, 2006.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Presented by:
DYKEMA GOSSETT LLP

/s/ Dean A. Dickie
K. Lynn Finateri, Esq.
Dean A. Dickie, Esq.
Allan J. Sternstein, Esq.
Attorneys For Defendant/Counterclaimants
Meyer Corporation, U.S. and Meyer Intellectual
Properties Limited

CHICAGO\2233164.1
ID\RKV

2

MEYER'S PROPOSED ORDER REQUESTING LEAVE TO FILE *INSTANTER* MOTION *IN LIMINE* TO BAR CALPHALON'S REQUEST
FOR PREJUDGMENT INTEREST UNDER 35 U.S.C. § 289 AND JULIE DAVIS' TESTIMONY REGARDING SAME
CASE NO. 2:05-CV-00971-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com