1 **DYKEMA GOSSETT LLP**
K. LYNN FINATERI, SBN: 196488
2 DEAN A. DICKIE, admitted pro hac vice
3 ALLAN J. STERNSTEIN, admitted pro hac vice
333 South Grand Avenue, Suite 2100
4 Los Angeles, California 90071
Telephone:    (213) 457-1800
5 Facsimile:    (213) 457-1850
lfinateri@dykema.com
6

7 Attorneys for Defendant/Counterclaimants
MEYER CORPORATION, U.S. and
8 MEYER INTELLECTUAL PROPERTIES LIMITED

9 **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11 **SACRAMENTO DIVISION – ECF PROGRAM**

12

| | |
|---|---|
| 13  CALPHALON CORPORATION, | Case No.: 2:05-CV-00971-WBS-DAD |
| 14        Plaintiff, | Assigned to the Honorable William B. Shubb |
| 15     vs. | **ORDER GRANTING DEFENDANT/COUNTERCLAIMANTS' MOTION TO FILE UNDER SEAL EXHIBIT A TO MOTION *IN LIMINE* TO PRECLUDE CALPHALON FROM PRESENTING DAMAGES CLAIMS UNDER BOTH SECTIONS 284 AND 289 OF THE PATENT ACT** |
| 16  MEYER CORPORATION, U.S., | |
| 17        Defendant. | |
| 18  MEYER CORPORATION, U.S. and MEYER INTELLECTUAL PROPERTIES LIMITED, | |
| 19 | |
| 20        Counterclaimants, | |
| 21     vs. | [MOTION *IN LIMINE* TO PRECLUDE CALPHALON FROM PRESENTING DAMAGES CLAIMS UNDER BOTH SECTIONS 284 AND 289 OF THE PATENT ACT Lodged Separately] |
| 22  CALPHALON CORPORATION, | |
| 23        Counterdefendant. | Trial |
| 24 | |
| 25 | Date: September 12, 2006
Time: 9:00 a.m. |
| 26 | Ctrm: 5, Hon. William B. Shubb |

27

28

On August 29, 2006, pursuant to LOCAL RULE 39-141, Defendant/Counterclaimants Meyer Corporation, U.S. and Meyer Intellectual Properties Limited ("Meyer") filed their MOTION *IN LIMINE* TO PRECLUDE CALPHALON FROM PRESENTING DAMAGES CLAIMS UNDER BOTH SECTIONS 284 AND 289 OF THE PATENT ACT, but withheld **Exhibit A** thereto to file under seal to protect the confidentiality of the document pursuant to the STIPULATED PROTECTIVE ORDER signed by this Court on November 14, 2005.

Good cause having been shown, IT IS HEREBY ORDERED that:

EXHIBIT A to Defendant/Counterclaimants' MOTION *IN LIMINE* TO PRECLUDE CALPHALON FROM PRESENTING DAMAGES CLAIMS UNDER BOTH SECTIONS 284 AND 289 OF THE PATENT ACT be maintained under seal by the Court on the basis the exhibit contains or describes information that has been designated by Calphalon Corporation as "Highly Confidential-Attorneys' Eyes Only" pursuant to the STIPULATED PROTECTIVE ORDER thereon.

IT IS SO ORDERED.

SIGNED this 1st day of September, 2006

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Presented by:
DYKEMA GOSSETT LLP

/s/ Dean A. Dickie
K. Lynn Finateri, Esq.
Dean A. Dickie, Esq.
Allan J. Sternstein, Esq.
Attorneys For Defendant/Counterclaimants
Meyer Corporation, U.S. and Meyer Intellectual
Properties Limited

PDF created with pdfFactory trial version www.pdffactory.com

## PROOF OF SERVICE

I am a citizen of the United States of America and am employed in the County of Cook, State of Illinois. I am over the age of 18 and not a party to the within action. My business address is 10 South Wacker Drive, Suite 2300, Chicago, Illinois 60606.

On August 29, 2006, I served the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANT/COUNTERCLAIMANTS' MOTION TO FILE UNDER SEAL EXHIBIT A TO MOTION *IN LIMINE* TO PRECLUDE CALPHALON FROM PRESENTING DAMAGES CLAIMS UNDER BOTH SECTIONS 284 AND 289 OF THE PATENT ACT** on all interested parties in this action as follows:

See Attached Service List.

☐   (**BY MAIL**) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Chicago, Illinois in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☒   (**BY E-FILING**) Via the court required e-filing service

☐   (**BY PERSONAL SERVICE**) I delivered such envelope by hand to the offices of the addressee.

☐   (**BY OVERNIGHT**) Via Federal Express.

☐   (**BY FACSIMILE**) By transmitting a true copy thereof by facsimile from facsimile number (312) 876-1155 to the facsimile number(s) shown on the attached Service List.

☒   (State) I declare under penalty of perjury under the laws of the state of Illinois that the foregoing is true and correct.

☐   (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 29, 2006 at Chicago, Illinois.

                                                            /s/ Merry Beth Seaton
                                                            Merry Beth Seaton

Dykema Gossett
333 S. Grand Avenue, Suite 2100
Los Angeles, California 90071

PDF created with pdfFactory trial version www.pdffactory.com

**CALPHALON CORPORATION v. MEYER CORPORATION, U.S.**
**USDC Case No.** 2:05-CV-00971-WBS-DAD

| | |
|---|---|
| Gregory A. Long, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>333 South Hope Street<br>Forty-Eighth Floor<br>Los Angeles, CA 90071<br>(213) 617-5443<br>Fax: (213) 620-1398 | Attorneys for Plaintiff Calphalon Corporation |
| Janene P. Bassett, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>1901 Avenue of the Stars, 16th Floor<br>Los Angeles, CA  90067<br>(310) 228-3700<br>Fax: (310) 228-3701 | Attorneys for Plaintiff Calphalon Corporation |
| Dean A. Dickie, Esq.<br>Allan J. Sternstein, Esq.<br>DYKEMA GOSSETT PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL  60606<br>(312) 627-2149<br>Fax: (866) 546-9546 | Attorneys for Defendant/Counterclaimants Meyer Corporation, U.S. and Meyer Intellectual Properties Limited (admitted pro hac vice) |

PDF created with pdfFactory trial version www.pdffactory.com