UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALPHALON CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MEYER CORPORATION, U.S.,<br><br>    Defendant.<br><br>MEYER CORPORATION, U.S. and MEYER INTELLECTUAL PROPERTIES LIMITED,<br><br>    Counterclaimant,<br><br>v.<br><br>CALPHALON CORPORATION,<br><br>    Counterdefendant. | Case No. 2:05-CV-00971-WBS-DAD<br><br>**ORDER GRANTING PLAINTIFF/COUNTERDEFENDANT CALPHALON CORPORATION'S MOTION TO ELECTRONICALLY FILE THE CONFIDENTIAL DECLARATION OF JANENE P. BASSETT AND EXHIBITS THERETO UNDER SEAL IN SUPPORT OF MOTION IN LIMINE # 1 TO PRECLUDE MEYER CORPORATION, U.S. FROM PRESENTING EVIDENCE OF AND FROM REFERRING TO LATE PRODUCED FINANCIAL DOCUMENTS, LATE PRODUCED REPORT OF MEYER'S DESIGNATED DAMAGES EXPERT, ARTHUR COBB, AND TESTIMONY THEREON**<br><br>Hearing on Motions in Limine<br>Date:    September 12, 2006<br>Time:    9:00 a.m.<br>Ctrm.:   5, Hon. William B. Shubb<br><br>Trial<br>Date:    September 12, 2006<br>Time:    9:00 a.m.<br>Ctrm.:   5, Hon. William B. Shubb<br><br>[(1) Motion to File Under Seal; (2) Motion in Limine #1 with Non-Confidential Declaration and Exhibits; (3) Proposed Order on Motion; and (4) Confidential Bassett Declaration with Exhibits Lodged Herewith] |

400067876.1

[PROPOSED] ORDER SEALING CONFIDENTIAL BASSETT DECLARATION WITH EXHIBITS TO CALPHALON'S MIL #1 RE EXCLUDING LATE PRODUCED REPORT OF ARTHUR COBB

PDF created with pdfFactory trial version www.pdffactory.com

On August 29, 2006, Pursuant to LOCAL RULE 39-141, Plaintiff/Counterdefendant Calphalon Corporation ("**Calphalon**") sought to file the CONFIDENTIAL DECLARATION OF JANENE P. BASSETT WITH EXHIBITS E TO I SUBMITTED IN SUPPORT OF PLAINTIFF/COUNTERDEFENDANT CALPHALON CORPORATION'S MOTION IN LIMINE # 1 TO PRECLUDE MEYER CORPORATION, U.S. FROM PRESENTING EVIDENCE OF AND FROM REFERRING TO LATE PRODUCED FINANCIAL DOCUMENTS, LATE PRODUCED REPORT OF MEYER'S DESIGNATED DAMAGES EXPERT, ARTHUR COBB, AND TESTIMONY THEREON ("**CONFIDENTIAL DECLARATION**") under seal to protect the confidentiality of documents pursuant to the STIPULATED PROTECTIVE ORDER signed by this Court on November 14, 2005.

Good cause having been shown, IT IS HEREBY ORDERED that the CONFIDENTIAL DECLARATION filed in support of Calphalon's MOTION IN LIMINE # 1 TO PRECLUDE MEYER CORPORATION, U.S. FROM PRESENTING EVIDENCE OF AND FROM REFERRING TO LATE PRODUCED FINANCIAL DOCUMENTS, LATE PRODUCED REPORT OF MEYER'S DESIGNATED DAMAGES EXPERT, ARTHUR COBB, AND TESTIMONY THEREON thereto be maintained under seal by the Court on the basis that exhibits attached to the declaration contain or describe information that has been designated by Meyer as "Highly Confidential-Attorneys' Eyes Only" pursuant to the STIPULATED PROTECTIVE ORDER thereon.

IT IS SO ORDERED.

Dated: September 1, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Presented by:

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By   /s/ Janene P. Bassett
JANENE P. BASSETT
Attorneys for Plaintiff/Counterdefendant
CALPHALON CORPORATION

GREGORY A. LONG, Cal. Bar No. 57642

-1-

400067876.1     ORDER SEALING CONFIDENTIAL BASSETT DECLARATION WITH EXHIBITS TO CALPHALON'S MIL #1 RE EXCLUDING LATE PRODUCED REPORT OF ARTHUR COBB

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
|   | 333 South Hope Street, 48th Floor |
| 2 | Los Angeles, California  90071-1448 |
|   | Tel.: 213-620-1780/Fax: 213-620-1398 |
| 3 | E-mail: glong@sheppardmullin.com |
| 4 | JANENE P. BASSETT, Cal. Bar No. 197722 |
|   | JADE L. ZIKE, Cal. Bar No. 228314 |
| 5 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
|   | 1901 Avenue of the Stars, Suite 1600 |
| 6 | Los Angeles, California  90067-6017 |
|   | Tel.: 310-228-3700/Fax: 310-228-3701 |
| 7 | E-mail: jbassett@sheppardmullin.com |
|   | E-mail: jzike@sheppardmullin.com |
| 8 | Attorneys for Plaintiff/Counterdefendant |
|   | CALPHALON CORPORATION |

-2-

400067876.1    [PROPOSED] ORDER SEALING CONFIDENTIAL BASSETT DECLARATION WITH EXHIBITS TO CALPHALON'S MIL #1 RE EXCLUDING LATE PRODUCED REPORT OF ARTHUR COBB

PDF created with pdfFactory trial version www.pdffactory.com