**DYKEMA GOSSETT LLP**
K. LYNN FINATERI, SBN: 196488
DEAN A. DICKIE, admitted pro hac vice
ALLAN J. STERNSTEIN, admitted pro hac vice
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:   (213) 457-1800
Facsimile:    (213) 457-1850
lfinateri@dykema.com

Attorneys for Defendant/Counterclaimants
MEYER CORPORATION, U.S. and
MEYER INTELLECTUAL PROPERTIES LIMITED

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION – ECF PROGRAM

| | |
|---|---|
| CALPHALON CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MEYER CORPORATION, U.S.,<br><br>　　　　Defendant.<br><br>MEYER CORPORATION, U.S. and MEYER INTELLECTUAL PROPERTIES LIMITED,<br><br>　　　　Counterclaimants,<br><br>vs.<br><br>CALPHALON CORPORATION,<br><br>　　　　Counterdefendant. | Case No.: 2:05-CV-00971-WBS-DAD<br><br>Assigned to the Honorable William B. Shubb<br><br>**ORDER GRANTING DEFENDANT/COUNTERCLAIMANTS' MOTION FOR LEAVE TO FILE ADDITIONAL PROPOSED JURY VOIR DIRE QUESTIONS**<br><br>Trial<br><br>Date:  September 12, 2006<br>Time:  9:00 a.m.<br>Ctrm:  5, Hon. William B. Shubb |

　　　　On August 31, 2006, Defendant/Counterclaimants Meyer Corporation, U.S. and Meyer Intellectual Properties Limited ("Meyer") filed their MOTION FOR LEAVE TO FILE ADDITIONAL PROPOSED JURY VOIR DIRE QUESTIONS, and DECLARATION OF RENEE L. ZIPPRICH in support thereof.

　　　　Good cause having been shown, IT IS HEREBY ORDERED that:

PDF created with pdfFactory trial version www.pdffactory.com

Meyer's request FOR LEAVE TO FILE ADDITIONAL PROPOSED JURY VOIR DIRE QUESTIONS is granted.

IT IS SO ORDERED.

SIGNED this 7th day of September, 2006.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Presented by:
DYKEMA GOSSETT LLP

/s/ Dean A. Dickie
K. Lynn Finateri, Esq.
Dean A. Dickie, Esq.
Allan J. Sternstein, Esq.
Attorneys For Defendant/Counterclaimants
Meyer Corporation, U.S. and Meyer Intellectual Properties Limited

CHICAGO\2233808.1
ID\DAD

Dykema Gossett
333 S. Grand Avenue, Suite 2100
Los Angeles, California 90071

PDF created with pdfFactory trial version www.pdffactory.com