**DYKEMA GOSSETT LLP**
K. LYNN FINATERI, SBN: 196488
333 South Grand Avenue, Suite 2100
Los Angeles, California  90071
Telephone:      (213) 457-1800
Facsimile:       (213) 457-1850
lfinateri@dykema.com

Attorneys for Defendant/Counterclaimants
MEYER CORPORATION, U.S. and
MEYER INTELLECTUAL PROPERTIES LIMITED

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
JANENE P. BASSETT, SBN: 197722
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6017
Telephone: 310-228-3700
Facsimile: 310-228-3701
jbassett@sheppardmullin.com
(Designated Counsel for Service)

Attorneys for Plaintiff/Counterdefendant
CALPHALON CORPORATION

*[Additional Counsel Listed On Last Page]*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION – ECF PROGRAM

| | |
|---|---|
| CALPHALON CORPORATION,<br><br>        Plaintiff,<br><br>    vs.<br><br>MEYER CORPORATION, U.S.,<br><br>        Defendant.<br><br>MEYER CORPORATION, U.S. and MEYER INTELLECTUAL PROPERTIES LIMITED,<br><br>        Counterclaimants,<br><br>    vs.<br><br>CALPHALON CORPORATION,<br><br>        Counterdefendant. | Case No.: 2:05-CV-00971-WBS-DAD<br><br>Assigned to the Honorable William B. Shubb<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET NEW TRIAL DATE**<br><br>Prior Trial Date<br><br>Date:  Tuesday, September 12, 2006<br>Time:  9:00 a.m.<br>Ctrm:  5, Hon. William B. Shubb<br><br>Proposed Trial Date<br><br>Date:  Tuesday, March 20, 2007<br>Time:  9:00 a.m.<br>Ctrm:  5, Hon. William B. Shubb |

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

WHEREAS, the Court was unable to start the trial on the previously proposed date because of a pending criminal matter;

WHEREAS, the parties have consulted their clients and calendars and have found that the next available date which accommodates everyone is March 20, 2007 and said date is available on the Court's calendar;

IT IS STIPULATED by the parties, through their respective counsel, this Honorable Court consenting, that the TRIAL DATE for the referenced matter is now set for March 20, 2007.

IT IS SO STIPULATED.

Dated:  September 21, 2006        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                  By:   /s/ Janene P. Bassett
                                        Janene P. Bassett
                                        Attorneys For Plaintiff/Counterdefendant
                                        CALPHALON CORPORATION

Dated:  September 21, 2006        DYKEMA GOSSETT LLP

                                  By:   /s/ Dean A. Dickie
                                        K. Lynn Finateri, Esq.
                                        Dean A. Dickie, Esq.
                                        Allan J. Sternstein, Esq.
                                        Attorneys For Defendant/Counterclaimants Meyer
                                        Corporation, U.S. and Meyer Intellectual Properties
                                        Limited

**ORDER**

**IT IS SO ORDERED.**

**SEPTEMBER 22, 2006**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Dykema Gossett
333 S. Grand Avenue, Suite 2100
Los Angeles, California  90071

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

I am a citizen of the United States of America and am employed in the County of Cook, State of Illinois. I am over the age of 18 and not a party to the within action. My business address is 10 South Wacker Drive, Suite 2300, Chicago, Illinois 60606.

On September 21 2006, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER TO SET NEW TRIAL DATE** on all interested parties in this action as follows:

See Attached Service List.

☐ (**BY MAIL**) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Chicago, Illinois in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☒ (**BY E-FILING**) Via the court required e-filing service

☐ (**BY PERSONAL SERVICE**) I delivered such envelope by hand to the offices of the addressee.

☐ (**BY OVERNIGHT**) Via Federal Express.

☐ (**BY FACSIMILE**) By transmitting a true copy thereof by facsimile from facsimile number (312) 876-1155 to the facsimile number(s) shown on the attached Service List.

☒ (State) I declare under penalty of perjury under the laws of the state of Illinois that the foregoing is true and correct.

☐ (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 21, 2006 at Chicago, Illinois.

/s/ Merry Beth Seaton
Merry Beth Seaton

**Dykema Gossett**
333 S. Grand Avenue, Suite 2100
Los Angeles, California 90071

PDF created with pdfFactory trial version www.pdffactory.com

**CALPHALON CORPORATION v. MEYER CORPORATION, U.S.**
**USDC Case No.** 2:05-CV-00971-WBS-DAD

| | |
|---|---|
| Gregory A. Long, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>333 South Hope Street<br>Forty-Eighth Floor<br>Los Angeles, CA 90071<br>(213) 617-5443<br>Fax: (213) 620-1398 | Attorneys for Plaintiff Calphalon Corporation |
| Janene P. Bassett, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>1901 Avenue of the Stars<br>16th Floor<br>Los Angeles, CA 90067<br>(310) 228-3700<br>Fax: (310) 228-3701 | Attorneys for Plaintiff Calphalon Corporation |
| Dean A. Dickie, Esq.<br>Allan J. Sternstein, Esq.<br>DYKEMA GOSSETT PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL 60606<br>(312) 627-2149<br>Fax: (866) 546-9546 | Attorneys for Defendant/Counterclaimants Meyer Corporation, U.S. and Meyer Intellectual Properties Limited (admitted pro hac vice) |

CHICAGO\2239980.1
ID\DAD

PDF created with pdfFactory trial version www.pdffactory.com