1  **DYKEMA GOSSETT LLP**
   K. LYNN FINATERI, SBN: 196488
2  333 South Grand Avenue, Suite 2100
   Los Angeles, California  90071
3  Telephone:    (213) 457-1800
   Facsimile:    (213) 457-1850
4  lfinateri@dykema.com

5  Attorneys for Defendant/Counterclaimants
   MEYER CORPORATION, U.S. and
6  MEYER INTELLECTUAL PROPERTIES LIMITED

7  **SHEPPARD MULLIN RICHTER & HAMPTON LLP**
   JANENE P. BASSETT, SBN: 197722
8  1901 Avenue of the Stars, Suite 1600
   Los Angeles, California 90067-6017
9  Telephone: 310-228-3700
   Facsimile: 310-228-3701
10 jbassett@sheppardmullin.com
   (Designated Counsel for Service)

11
   Attorneys for Plaintiff/Counterdefendant
12 CALPHALON CORPORATION

13 *[Additional Counsel Listed On Last Page]*

14                  **UNITED STATES DISTRICT COURT**
                    **EASTERN DISTRICT OF CALIFORNIA**
15                  **SACRAMENTO DIVISION – ECF PROGRAM**

16 | | |
   |---|---|
   | CALPHALON CORPORATION,                         | Case No.: 2:05-CV-00971-WBS-DAD |
   |                    Plaintiff,                  | Assigned to the Honorable William B. Shubb |
   |        vs.                                     | **STIPULATION AND [~~PROPOSED~~] ORDER TO FILE UNDER SEAL DEFENDANT/COUNTERCLAIMANT'S MOTION *IN LIMINE* TO BAR REASONABLE ROYALTY TESTIMONY OF JULIE DAVIS.** |
   | MEYER CORPORATION, U.S.,                       | |
   |                    Defendant.                  | |
   | MEYER CORPORATION, U.S. and MEYER INTELLECTUAL PROPERTIES LIMITED, | [MOTION *IN LIMINE* TO BAR REASONABLE ROYALTY TESTIMONY OF JULIE Lodged Separately] |
   |                    Counterclaimants,           | Proposed Trial Date |
   |        vs.                                     | Date: Tuesday, March 20, 2007 |
   | CALPHALON CORPORATION,                         | Time: 9:00 a.m. |
   |                    Counterdefendant.           | Ctrm: 5, Hon. William B. Shubb |

28

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DEFENDANT/COUNTERCLAIMANT'S MOTION *IN LIMINE* TO
BAR REASONABLE ROYALTY TESTIMONY OF JULIE DAVIS
CASE NO. 2:05-CV-00971-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com

# **STIPULATION**

On August 29, 2006, pursuant to LOCAL RULE 39-141, Defendant/Counterclaimants Meyer Corporation, U.S. and Meyer Intellectual Properties Limited ("Meyer") filed their MOTION *IN LIMINE* TO BAR REASONABLE ROYALTY TESTIMONY OF JULIE DAVIS. Meyer filed a motion to have Exhibits A and B thereto filed under seal.

On September 1, 2006, this Court granted Meyer's Motion to file Exhibits A and B of said MOTION *IN LIMINE* under seal.

IT IS NOW STIPULATED by the parties, through their attorneys, that the MOTION *IN LIMINE* should also be filed under seal. Upon such stipulation, the parties hereby request this Court for an Order removing MOTION *IN LIMINE* TO BAR REASONABLE ROYALTY TESTIMONY OF JULIE DAVIS from the public record and further, order that said motion be refiled under seal.

Dated: December 4, 2006        SHEPPARD MULLIN RICHTER & HAMPTON LLP

By: /s/ Janene S. Bassett
    Attorneys For Plaintiff/Counterdefendant
    CALPHALON CORPORATION

Dated: December 4, 2006        DYKEMA GOSSETT LLP

By: /s/ Dean A. Dickie
    K. Lynn Finateri, Esq.
    Dean A. Dickie, Esq.
    Allan J. Sternstein, Esq.
    Attorneys For Defendant/Counterclaimants
    MEYER CORPORATION, U.S. and MEYER
    INTELLECTUAL PROPERTIES LIMITED

# **ORDER**

The request to file the motion in limine itself under seal is DENIED for the reasons that (1) the motion has already been on file as a matter of public record unsealed for more than three months without any apparent adverse consequences to any party; (2) no showing has been made to the court as to why the motion needs to be sealed and why the perceived need to seal the motion

2

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DEFENDANT/COUNTERCLAIMANT'S MOTION *IN LIMINE* TO BAR REASONABLE ROYALTY TESTIMONY OF JULIE DAVIS
CASE NO. 2:05-CV-00971-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com

outweighs the public interest in access to the courts and presumption that matters filed with the court are not kept secret; and (3) it places too great a burden on the court to have motions sealed.

IT IS SO ORDERED.

Signed this 5th Day of December, 2006.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DEFENDANT/COUNTERCLAIMANT'S MOTION *IN LIMINE* TO BAR REASONABLE ROYALTY TESTIMONY OF JULIE DAVIS
CASE NO. 2:05-CV-00971-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I am a citizen of the United States of America and am employed in the County of Cook, State of Illinois. I am over the age of 18 and not a party to the within action. My business address is 10 South Wacker Drive, Suite 2300, Chicago, Illinois 60606.

On December 4, 2006, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DEFENDANT/COUNTERCLAIMANT'S MOTION *IN LIMINE* TO BAR REASONABLE ROYALTY TESTIMONY OF JULIE DAVIS** on all interested parties in this action as follows:

See Attached Service List.

☐ (**BY MAIL**) I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Chicago, Illinois in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☒ (**BY E-FILING**) Via the court required e-filing service

☐ (**BY PERSONAL SERVICE**) I delivered such envelope by hand to the offices of the addressee.

☐ (**BY OVERNIGHT**) Via Federal Express.

☐ (**BY FACSIMILE**) By transmitting a true copy thereof by facsimile from facsimile number (312) 876-1155 to the facsimile number(s) shown on the attached Service List.

☒ (State) I declare under penalty of perjury under the laws of the state of Illinois that the foregoing is true and correct.

☐ (Federal) I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 4, 2006 at Chicago, Illinois.

/s/ Merry Beth Seaton
Merry Beth Seaton

Dykema Gossett
333 S. Grand Avenue, Suite 2100
Los Angeles, California 90071

4

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DEFENDANT/COUNTERCLAIMANT'S MOTION *IN LIMINE* TO BAR REASONABLE ROYALTY TESTIMONY OF JULIE DAVIS
CASE NO. 2:05-CV-00971-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com

**CALPHALON CORPORATION v. MEYER CORPORATION, U.S.**
**USDC Case No.** 2:05-CV-00971-WBS-DAD

| | |
|---|---|
| Gregory A. Long, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>333 South Hope Street<br>Forty-Eighth Floor<br>Los Angeles, CA 90071<br>(213) 617-5443<br>Fax: (213) 620-1398 | Attorneys for Plaintiff Calphalon Corporation |
| Janene P. Bassett, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>1901 Avenue of the Stars, 16th Floor<br>Los Angeles, CA  90067<br>(310) 228-3700<br>Fax: (310) 228-3701 | Attorneys for Plaintiff Calphalon Corporation |
| Dean A. Dickie, Esq.<br>Allan J. Sternstein, Esq.<br>DYKEMA GOSSETT PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL  60606<br>(312) 627-2149<br>Fax: (866) 546-9546 | Attorneys for Defendant/Counterclaimants Meyer Corporation, U.S. and Meyer Intellectual Properties Limited (*admitted pro hac vice*) |

CHICAGO\2259800.1
ID\RKV

STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL DEFENDANT/COUNTERCLAIMANT'S MOTION *IN LIMINE* TO BAR REASONABLE ROYALTY TESTIMONY OF JULIE DAVIS
CASE NO. 2:05-CV-00971-WBS-DAD

PDF created with pdfFactory trial version www.pdffactory.com