JANENE P. BASSETT, Cal. Bar No. 197722
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6017
Telephone: 310-228-3700
Facsimile: 310-228-3701
E-mail:  jbassett@sheppardmullin.com
(Designated Counsel for Service)

Attorneys for Plaintiff/Counterdefendant
CALPHALON CORPORATION

K. LYNN FINATERI, Cal. Bar No. 196488
DYKEMA GOSSETT LLP
150 South Los Robles Avenue, Suite 400
Pasadena, California  91101
Telephone:   (626) 449-3750
Facsimile:    (626) 449-5705
E-mail:  LFinateri@dykema.com

Attorneys for Defendant/Counterclaimant MEYER
CORPORATION, U.S. and Cross-Claimant MEYER
INTELLECTUAL PROPERTIES LIMITED

[*Additional Counsel Listed on Last Page*]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CALPHALON CORPORATION,<br><br>             Plaintiff,<br><br>      v.<br><br>MEYER CORPORATION, U.S.,<br><br>             Defendant. | Case No. 2:05-CV-00971-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING HEARING ON CERTAIN MOTIONS *IN LIMINE*** |
| MEYER CORPORATION, U.S. and MEYER INTELLECTUAL PROPERTIES LIMITED,<br><br>             Counterclaimants,<br><br>      v.<br><br>CALPHALON CORPORATION,<br><br>             Counterdefendant. | **Hearing**<br>Date:  May 7, 2007<br>Time:  1:30 p.m.<br>Ctrm.:  5, Hon. William B. Shubb |

STIP. AND [PROPOSED] ORDER RE MIL HEARING

PDF created with pdfFactory trial version www.pdffactory.com

# STIPULATION

WHEREAS on August 29 and 30, 2006 the parties filed their respective motions *in limine* with this Court [Docket Nos. 125, 128, 134, 136, 138, 140, 142, 144, 148, 152] , which have been fully briefed;

WHEREAS on March 26, 2007, this Court set a new trial date for June 5, 2007 and ordered the parties to review their respective motions *in limine* and determine which of those motions should be set for hearing on May 7, 2007 [Docket No. 195];

IT IS HEREBY STIPULATED by the parties, through their respective counsel, this Honorable Court consenting, that the following motions *in limine* will be set for hearing on May 7, 2007 at 1:30 p.m.:

**Plaintiff Calphalon's Motions In *Limine*:**

- Motion *In Limine* # 1 To Preclude Meyer Corporation, U.S. From Presenting Evidence Of And From Referring To Late Produced Financial Documents, Late Produced Report Of Meyer's Designated Damages Expert, Arthur Cobb, And Testimony Thereon [Docket No. 144]

- Motion In Limine # 2 To Limit Meyer Corporation, U.S.'S Use Of Expert Testimony [Docket No. 148]

**Defendant Meyer's Motions In *Limine*:**

- None.

-1-
STIP. AND [PROPOSED] ORDER RE MIL HEARING

PDF created with pdfFactory trial version www.pdffactory.com

Good cause exists for having the above-listed motions *in limine* heard on May 7, 2007 as the resolution of these issues will impact the parties' trial preparation.

IT IS FURTHER STIPULATED by the parties, through their respective counsel, this Honorable Court consenting, that the following motions *in limine* are hereby withdrawn without prejudice to being renewed before trial based on the papers currently on file and without additional briefing:

**Plaintiff Calphalon's Motions In *Limine*:**

- Motion *In Limine* # 3 To Preclude Meyer Corporation, U.S. From Presenting Evidence Of And From Referring To Matters Not Relevant To Design Patent Infringement [Docket No. 142];

- Motion *In Limine* # 4 To Preclude Meyer Corporation, U.S. From Presenting Evidence Of And From Referring To Matters Related To Its Cal. Bus. & Prof. Code § 17200 Counterclaim [Docket No. 134];

- Motion *In Limine* # 5 To Preclude Meyer Corporation, U.S. From Presenting Evidence Of And From Referring To Matters Related To Alleged Invalidity Of Calphalon's Design Patent [Docket No. 136];

- Motion *In Limine* # 6 To Preclude Meyer Corporation, U.S. From Presenting Evidence Of And From Referring To An Alleged Conflict Of Interest Of Julie Davis, Calphalon's Damages Expert [Docket No. 140]; And

PDF created with pdfFactory trial version www.pdffactory.com

- Motion *In Limine* # 7 To Preclude Meyer Corporation, U.S. From Presenting Evidence Of And From Referring To An Investigation Of Meyer By The International Trade Commission [Docket No. 138].

**Defendant Meyer's Motions In *Limine*:**

- Motion *In Limine* To Preclude Calphalon From Presenting Damages Claims Under Both Sections 284 and 289 Of The Patent Act [Docket No. 125];

- Motion *In Limine* To Bar Calphalon's Request For Prejudgment Interest Under 35 U.S.C. § 289 And Julie Davis' Testimony Regarding Same [Docket No. 152]; and

- Motion *In Limine* To Bar Reasonable Royalty Testimony Of Julie Davis [Docket No. 128].

IT IS SO STIPULATED.

Dated:  April 9, 2007                SHEPPARD MULLIN RICHTER & HAMPTON LLP

By   /s/ Janene P. Bassett
JANENE P. BASSETT
Attorneys for Plaintiff/Counterdefendant
CALPHALON CORPORATION

-3-
STIP. AND [PROPOSED] ORDER RE MIL HEARING

PDF created with pdfFactory trial version www.pdffactory.com

Dated: April 9, 2007          DYKEMA GOSSETT PLLC

By         /s/ Dean A. Dickie
         DEAN A. DICKIE
Attorneys for Defendant/Counterclaimant
MEYER CORPORATION, U.S. and
Cross-Claimant MEYER INTELLECTUAL
PROPERTIES LIMITED

-4-
STIP. AND [PROPOSED] ORDER RE MIL HEARING

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.

Dated: April 9, 2007

/s/ William B. Shubb

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Additional Counsel*:

GREGORY A. LONG, Cal. Bar No. 57642
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 48th Floor
Los Angeles, California  90071-1448
Telephone:     213-620-1780
Facsimile:     213-620-1398
E-mail:  glong@sheppardmullin.com

Attorneys for Plaintiff/Counterdefendant
CALPHALON CORPORATION

DEAN A. DICKIE (*pro hac vice*)
NAHRIN S. MARINO
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone:     (312) 876-1700
Facsimile:     (312) 876-1155
E-mail:  ddickie@dykema.com
E-mail:  nmarino@dykema.com
Attorneys for Defendant/Counterclaimant
MEYER CORPORATION, U.S. and
Cross-Claimant MEYER INTELLECTUAL PROPERTIES LIMITED

CHICAGO\2305274.1
ID\AJST

-5-
STIP. AND [PROPOSED] ORDER RE MIL HEARING

PDF created with pdfFactory trial version www.pdffactory.com