| | |
|---|---|
| 1 | **DYKEMA GOSSETT LLP**<br>K. LYNN FINATERI, SBN: 196488 |
| 2 | 333 South Grand Avenue, Suite 2100<br>Los Angeles, California 90071 |
| 3 | Telephone:    (213) 457-1800<br>Facsimile:    (213) 457-1850 |
| 4 | lfinateri@dykema.com |
| 5 | Attorneys for Defendant/Counterclaimants<br>MEYER CORPORATION, U.S. and |
| 6 | MEYER INTELLECTUAL PROPERTIES LIMITED |
| 7 | **SHEPPARD MULLIN RICHTER & HAMPTON LLP**<br>JANENE P. BASSETT, SBN 197722 |
| 8 | 1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6017 |
| 9 | Telephone: 310-228-3700<br>Facsimile: 310-228-3701 |
| 10 | bassett@sheppardmullin.com<br>(Designated Counsel for Service) |
| 11 | |
| 12 | Attorneys for Plaintiff/Counterdefendant<br>CALPHALON CORPORATION |
| 13 | *[Additional Counsel Listed On Last Page]* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION – ECF PROGRAM**

| | |
|---|---|
| CALPHALON CORPORATION,<br><br>          Plaintiff,<br><br>     vs.<br><br>MEYER CORPORATION, U.S.,<br><br>          Defendant.<br><br>MEYER CORPORATION, U.S. and MEYER INTELLECTUAL PROPERTIES LIMITED,<br><br>          Counterclaimants,<br><br>     vs.<br><br>CALPHALON CORPORATION,<br><br>          Counterdefendant. | Case No.: 2:05-CV-00971-WBS-DAD<br><br>Assigned to the Honorable William B. Shubb<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO SET NEW HEARING DATE FOR DEFENDANT'S MOTION TO AMEND PRETRIAL ORDER EXHIBIT LIST AND FOR FURTHER RELIEF**<br><u>Prior Trial Date</u><br><br>Date:  June 5, 2007<br>Time:  9:00 a.m.<br>Ctrm:  5, Hon. William B. Shubb |

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

WHEREAS, the Court has allowed Calphalon certain limited discovery related to the subject of its Motion in Limine #1 and such discovery could not be completed before May 21, 2007;

WHEREAS, Calphalon has requested and defendants do not object to postponing the Defendant's Motion to Amend Pretrial Order Exhibit List and for Further Relief [200], which is currently scheduled for hearing on May 21, 2007 [206], to June 4, 2007 to allow for the discovery noted above to take place.

IT IS STIPULATED by the parties, through their respective counsel, this Honorable Court consenting, that the hearing on the aforementioned motion be reset for June 4, 2007 at 1:30 p.m.

IT IS SO STIPULATED.

Dated: May 18, 2007            SHEPPARD MULLIN RICHTER & HAMPTON LLP

                               By:  /s/ Janene S. Bassett
                                    Attorneys For Plaintiff/Counterdefendant
                                    CALPHALON CORPORATION

Dated: May 18, 2007            DYKEMA GOSSETT LLP

                               By:  /s/ Dean A. Dickie
                                    Dean A. Dickie, Esq.
                                    Attorneys For
                                    Defendant/Counterclaimants Meyer
                                    Corporation, U.S. and Meyer Intellectual
                                    Properties Limited

IT IS SO ORDERED.

SIGNED this 18th day of May, 2007.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

*Additional Counsel:*

| | |
|---|---|
| Gregory A. Long, Esq.<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>333 South Hope Street<br>Forty-Eighth Floor<br>Los Angeles, CA 90071<br>(213) 617-5443<br>Fax: (213) 620-1398 | Attorneys for Plaintiff Calphalon Corporation |
| Dean A. Dickie, Esq.<br>Allan J. Sternstein, Esq.<br>K. Lynn Finateri, Esq.<br>DYKEMA GOSSETT PLLC<br>10 South Wacker Drive<br>Suite 2300<br>Chicago, IL  60606<br>(312) 627-2149<br>Fax: (866) 546-9546 | Attorneys for Defendant/Counterclaimants Meyer Corporation, U.S. and Meyer Intellectual Properties Limited (admitted pro hac vice) |

CHICAGO\2321039.1
ID\RKV

**Dykema Gossett**
333 S. Grand Avenue, Suite 2100
Los Angeles, California  90071

PDF created with pdfFactory trial version www.pdffactory.com