1  GREGORY A. LONG, Cal. Bar No. 57642
   WHITNEY JONES ROY, Cal. Bar No. 211541
2  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   333 South Hope Street, 48th Floor
3  Los Angeles, California  90071-1448
   Telephone:    213-620-1780
4  Facsimile:    213-620-1398
   E-mail:  glong@sheppardmullin.com
5

6
   Attorneys for Plaintiff and Counterdefendant
7  CALPHALON CORPORATION

8

9                    UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| 11  CALPHALON CORPORATION, | Case No. 2:05-CV-00971-WBS-DAD |
| 12               Plaintiff, | |
| 13      v. | AMENDED STIPULATION RE WITHDRAWAL OF MOTION FOR NEW TRIAL AND WAIVER OF COSTS AND [PROPOSED] ORDER |
| 14  MEYER CORPORATION, U.S., | |
| 15               Defendant. | |
| 16  MEYER CORPORATION, U.S. and MEYER INTELLECTUAL PROPERTIES LIMITED, | |
| 17 | |
| 18               Counterclaimant, | |
| 19      v. | |
| 20  CALPHALON CORPORATION, | |
| 21               Counterdefendant. | |

           The parties hereto stipulate to the following:

           1.    Calphalon Corporation hereby withdraws its motion for a new trial and
further agrees to forego its right of appeal of the judgment entered in this case.

-1-

1        2.      Defendants hereby waive any right that they may have to seek costs as a
2 result of the judgment entered in this case, and each party to bear its own costs
3        3.      All issues in this case are resolved and the case is CLOSED..
4 Dated: October 23, 2007

Respectfully submitted,

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By      */s/ Gregory A. Long*
             GREGORY A. LONG


Attorneys for Plaintiff and Counterdefendant
CALPHALON CORPORATION



DYKEMA GOSSETT LLP


By      */s/ Allan Sternstein*
             ALLAN STERNSTEIN

Attorneys for Defendant and Counterclaimant
MEYER CORPORATION U.S. and Cross-
Claimant MEYER INTELLECTUAL
PROPERTIES LIMITED

1
2          IT IS SO ORDERED.
3   Dated:  October 24, 2007
4
5   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-i-